# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-16329-MDC

MONICA PELZER

2117 WATKINS STREET

PHILADELPHIA, PA 19145-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  MONICA PELZER

  2117 WATKINS STREET

  PHILADELPHIA, PA 19145-

Counsel for debtor(s), by electronic notice only.

  BRUCE J TRAWICK, ESQ
  3001 WALNUT ST
  10TH FLOOR
  PHILADELPHIA, PA 19104-

Date: 2/28/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee