**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br>**MONICA PELZER**<br><br>**Debtor.** | **CHAPTER 13 Case**<br><br>**No. 19-16329 (MDC)** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Monica Pelzer.

                                              Respectfully submitted,

Date: March 13, 2020               BY: */s/ Stephen M. Dunne*
                                         Stephen M. Dunne, Esquire
                                         Dunne Law Offices, P.C.
                                         1515 Market Street, Suite. 1200
                                         Philadelphia, PA  19102
                                         (215) 551-7109 Phone
                                         (215) 525-9721 Fax