# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: MONICA PELZER **Debtor** | : <br> : <br> : CHAPTER 13 |
| POLICE AND FIRE FEDERAL CREDIT UNION **Moving Party** | : <br> : Case No. 19-16329 (MDC) <br> : |
| v. | : **Hearing Date:** 04-28-2020 at 10:30 am |
| MONICA PELZER **Respondent** | : <br> : Courtroom No. 2 <br> : |
| WILLIAM C. MILLER **Trustee** | : <br> : <br> : |

## NOTICE OF OBJECTION TO PROOF OF CLAIM NO. 6

TO:   ALL CREDITORS AND PARTIES IN INTEREST

   1.   Counsel for Debtor, STEPHEN M. DUNNE, ESQUIRE, has filed an Objection to Proof of Claim Number Six, filed by Police and Fire Federal Credit Union.

   2.   Any Creditor or party in interest may file an answer, objection or other responsive pleading with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, U.S. Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107-4660, and serve a copy on counsel on or before thirty (30) days from the date of this Notice.

   3.   Any creditor or party in interest may request a hearing in writing stating the reasons why a hearing is necessary. Such a request should be filed and served as provided in the preceding paragraph.

   4.   In the absence of any of the foregoing answer, objection, responsive pleading or request for a hearing, the court may, upon consideration of the record, disallow the Proof of Claim.

Dated: March 18, 2020

Respectfully submitted:
By: /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-551-7109 Phone
215-525-9721 Fax