IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Monica Pelzer | : | |
| **Debtor** | : | |
| | : | CHAPTER 13 |
| M & T Bank | : | |
| | : | |
| **Movant** | : | Case No. 19-16329-MDC |
| v. | : | |
| | : | |
| Monica Pelzer | : | 11 U.S.C. 362 |
| **Respondent** | : | |
| | : | |

**ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

And now Monica Pelzer by her attorney, Stephen M. Dunne, Esquire answers the request for relief from the automatic stay and avers as follows:

1. Admitted.
2. Admitted.
3. Denied.
4. Admitted.
5. Admitted.
6. Denied. Debtor has made all mortgage payments due and payable. See attached Money Orders dated 03/02/2020 in the amount of $550.00 and 03/26/2020 in the amount of $551.00.
7. Denied.
8. Denied.
9. Denied.
10. Denied.
11. Denied.

WHEREFORE, debtor requests that the motion for relief from the automatic stay be denied.

Respectfully submitted,

Stephen M. Dunne, Esquire
/s/ Stephen M. Dunne
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-551-7109 (O)