**CUSTOMER'S RECEIPT**

M&T BANK

KEEP THIS RECEIPT FOR YOUR RECORDS

Year, Month, Day: 2020-03-02　　Post Office: 191451　　Amount: $550.00　　Clerk:

**CUSTOMER'S RECEIPT**

M&T BANK

KEEP THIS RECEIPT FOR YOUR RECORDS

Year, Month, Day: 2020-03-26　　Post Office: 191451　　Amount: $551.00　　Clerk: