# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Monica Pelzer <br>       Debtor(s) <br><br> M&T Bank, its successors and/or assigns <br>       Movant <br>  vs. <br><br> Monica Pelzer <br>       Debtor(s) <br><br> William C. Miller Esq. <br>       Trustee | CHAPTER 13 <br><br><br><br> NO. 19-16329 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **December 18, 2019, docket number 13**.

                Respectfully submitted,

              By: **/s/ Rebecca A. Solarz, Esquire**
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                215-627-1322
                Attorney for Movant/Applicant

April 7, 2020