4/06/2020

**<u>Praecipe to Withdraw Proof of Claim for:</u>**

- **Monica Pelzer**
- **Case Number 19-16329**
- **Proof of Claim Nr #6**
- **For L2, Personal Line of Credit**
- **In the Amount of $911.91**
- **Reason for Withdrawal: Police and Fire Federal Credit Union filed this claim 42 days late as it was filed 112 days after the petition was filed with the court.**

**Police and Fire Federal Credit Union**

**Greenwood One**

**3333 Street Road**

**Bensalem, PA  19020**

**Frank X. Cantwell**

**Bankruptcy Representative**

**T – 215-931-0300, Ext 6030**

**F – 215-931-2101**

**E- Cantwellf@pffcu.org**