**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Monica Pelzer | : | |
| Debtor. | : | Bankruptcy No. 19-16329 |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED, that on May 26, 2020, a true and correct copy of the Debtor's THIRD AMENDED CHAPTER 13 PLAN has been served pursuant to L.B.R. 3015-2(a) as clarified by Standing Order M-17-3013, upon all creditors at the addresses shown on the Matrix List of Creditors.

IT IS FURTHER CERTIFIED, that the above has been served upon the Debtor, the United States Trustee, and the Standing Chapter 13 Trustee by electronic service and/or regular first class mail.

Respectfully submitted:

DUNNE LAW OFFICES. P.C.

By: /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
Attorney for Debtor
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109  Phone
(215) 525-9721 Fax