United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-16329-mdc
Monica Pelzer                                                           Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: SaraR     Page 1 of 1     Date Rcvd: May 28, 2020
                        Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2020.
db            +Monica Pelzer,   2117 Watkins Street,   Philadelphia, PA 19145-1926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2020 at the address(es) listed below:
           BRUCE J. TRAWICK     on behalf of Debtor Monica  Pelzer brucejitzi@gmail.com,
            srowe@dc33lsp.org;r56186@notify.bestcase.com
           JOSEPH R. LOVERDI     on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
            LoverdiJ@PFFCU.org,   divellod@pffcu.org
           REBECCA ANN SOLARZ     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
           STEPHEN MATTHEW DUNNE     on behalf of Debtor Monica  Pelzer bestcasestephen@gmail.com,
            dunnesr74587@notify.bestcase.com
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                       TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Monica Pelzer
    Debtor(s)

Chapter: 13

Bankruptcy No: 19−16329−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 28th day of May 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge ,
    United States Bankruptcy Court

46
Form 155