United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16329-mdc |
| Monica Pelzer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 19, 2021 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monica Pelzer, 2117 Watkins Street, Philadelphia, PA 19145-1926 |
| cr | + | POLICE AND FIRE FEDERAL CREDIT UNION, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14405605 | + | M & T Bank, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14402203 | ++++ | M&T BANK, 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, M&T Bank, 35 A Rust Lane, Boerne, TX 78006 |
| 14405193 | + | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14402205 | + | POLICE FIRE FCU, 901 ARCH ST, Philadelphia, PA 19107-2495 |
| 14417362 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14458115 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14402207 | + | THE BUREAUS INC, 650 DUNDEE RD., STE 370, Northbrook, IL 60062-2757 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 20 2021 03:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2021 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 20 2021 03:34:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14434884 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 20 2021 03:42:15 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14483509 | | Email/Text: megan.harper@phila.gov | Feb 20 2021 03:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14402200 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 20 2021 03:34:00 | Credit Collection Services, 725 CANTON ST, Norwood, MA 02062-2679 |
| 14402202 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 20 2021 03:34:00 | JEFFERSON CAPITAL SYSTEMS, 16 MCLELAND RD, Saint Cloud, MN 56303 |
| 14411989 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2021 03:42:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14439796 | | Email/Text: camanagement@mtb.com | Feb 20 2021 03:33:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14402204 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: pdf900 | Total Noticed: 22 |

|  |  |  | Feb 20 2021 03:34:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
|---|---|---|---|---|
| 14402206 |  | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 20 2021 04:00:35 | REGIONAL ACCEPTANCE, 1424 E FIRE RD, Greenville, NC 27858 |
| 14414098 |  | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 20 2021 04:00:35 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14402208 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 20 2021 03:34:00 | WEBBANK/FINGERHUT, 6250 RIDGEWOOD RD, Saint Cloud, MN 56303-0820 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14402201 | ##+ | FedLoan Servicing, PO Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2021                     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRUCE J. TRAWICK | on behalf of Debtor Monica Pelzer brucejitzi@gmail.com  srowe@dc33lsp.org;r56186@notify.bestcase.com |
| JOSEPH R. LOVERDI | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION LoverdiJ@PFFCU.org  divellod@pffcu.org |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Monica Pelzer bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MONICA PELZER | Chapter 13 |
| Debtor | Bankruptcy No. 19-16329-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

February 18, 2021

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

Debtor:
MONICA PELZER

2117 WATKINS STREET

PHILADELPHIA, PA 19145-